HONORABLE JOHN C. COUGHENOUR
Hearing Date: May 4, 2007
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SUZANNE F. JOHNSON and CRAIG R. KLEMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No.  CV 07-0455 JCC<br><br>[PROPOSED] ORDER ON DEFENDANT MENU FOODS' MOTION TO STAY ALL PROCEEDINGS |

THIS MATTER having been presented for hearing on Defendant Menu Foods' Motion to Stay All Proceedings, the Court having considered the following:

1. Defendant Menu Foods' Motion to Stay All Proceedings and attachments thereto.

2. _____;

3. _____;

4. _____;

5. _____; and

being fully advised in the premises,

[PROPOSED] ORDER ON DEFENDANT MENU FOODS' MOTION TO STAY ALL PROCEEDINGS - CV 07-0455 JCC - 1

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

HEREBY stays all further proceedings, including but not limited to Defendant's obligation to file responsive pleadings, in this matter pending the transfer decision by the Judicial Panel and a determination of class certification by the transferor court.

DONE IN OPEN COURT this _____ day of _____, 2007.

_____
JOHN C. COUGHENOUR
Judge, United States District Court

Presented by:

GARDNER BOND TRABOLSI PLLC


By:_____/s/_____
Gary A. Trabolsi, WSBA No. 13215
Jeffrey T. Kestle, WSBA No. 29648
2200 Sixth Avenue, Suite 600
Seattle, WA 98121
Telephone: (206) 256-6309
Email: gtrabolsi@gardnerbond.com
       jkestle@gardnerbond.com
Attorneys for Defendant MENU FOODS

- 2 -

Gardner Bond Trabolsi PLLC
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318