THE HONORABLE JOHN C. COUGHENOUR
Hearing Date: 5/4/07
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SUZANNE P. JOHNSON and CRAIG R. KLEMANN, individually and on behalf of all others similarly situated, | No.  CV 07-0455 JCC |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| MENU FOODS, a foreign corporation, | |
| Defendant. | |

I, Cheryl B. Lee, say:

I hereby certify that on April 18, 2007, I electronically filed Defendant Menu Foods' Motion to Stay All Proceedings, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
steve@hbsslaw.com

CERTIFICATE OF SERVICE – CV07-0455 JCC - 1

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

1    DATED this 18th day of April, 2007, at Seattle, Washington.

2

3    _____
     Cheryl B. Lee

4    Legal Assistant to Jeffrey T. Kestle

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

- 2

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318