

**Newman Creed & Associates**

Bruce E. Newman*
Kevin E. Creed
Matthew E. Willis

*Also Admitted in NY & CA



APR 3 0 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

April 27, 2007

07-411

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re:    MDL-1850– In re Pet Food Products Liability Litigation

Dear Mr. Luthi:

Please note the following corrections on the Panel Attorney Service List in the above-referenced litigation: my office is Newman, Creed & Associates not "Law Offices of Bruce E. Newman" and it should have our fax number which is (860) 582-0012. Also, in addition to Lauri Osborne, Todd Sokolowski should be listed as a client. This correction is being copied to all counsel on the attached service list.

Very truly yours,

Bruce E. Newman
Attorney at Law

BEN/mjm

Enclosures

cc:    All counsel

07-CV-00411-RCPT

P.O. Box 575  •  99 North Street, Route 6  •  Bristol, CT 06011  •  (860) 583-5200  •  (888) 300-4469
email:  lawoffice@newmancreedlaw.com  •  www.newmancreedlaw.com  •  Fax: (860) 582-0012

Dockets.Justia.com

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:**    Judicial Panel on Multidistrict Litigation          **THIS FORM MUST BE RETURNED TO**
Thurgood Marshall Federal Judiciary Bldg.          **THE JUDICIAL PANEL NO LATER THAN**
One Columbus Circle, N.E., Room G-255          (Noon Eastern Time) April 11, 2007
Washington, D.C. 20002          **Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1850--In re Pet Food Products Liability Litigation**

### NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary)**:
Lauri Osborne, Individually and On Behalf of All Others Similarly Situated (CT)
Todd Sokolowski, Individually and On Behalf of All Others Similarly Situated (NJ)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).--attach list if necessary)**:
United Staes District Court, District of Connecticut, Civil Action No. 307 CV 00469 RNC
United States District Court, District of New Jersey, Civil Action No. 1:2007 CV 01709

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____4/27/07_____          _____
Date          Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Bruce E. Newman
NEWMAN, CREED & ASSOCIATES
P.O. Box 575
Bristol, CT 06010
(860) 583-5200/(860) 582-0012 (fax)

**Telephone No:** __(860)583-5200__    **Fax No.:** __(860) 582-0012__

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**In re: Pet Food Product
Liability Litigation**

**MDL No. MDL-1850**

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the Appearance has been served upon all District Court Clerks and Counsel for all parties of this proceeding, by mailing the same to each, on the 27th day April, 2007.

BRUCE E. NEWMAN

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Docket: 1850 - In re Pet Food Products Liability Litigation

Status: Pending on  / /

Transferee District:          Judge:

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Berman, Steve W.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 | => Phone: (206) 623-7292  Fax: (206) 623-0594<br>Heller, Stacey*; Johnson, Suzanne E.*; Klemann, Craig R.*; Kornelius, Audrey*; Mitchell, Cecily*;<br>Mitchell, Terrence*; Rapp, David*; Robinson, Toinette*; Smith, Barbara* |
| Blim, John<br>Blim & Edelson, LLC<br>53 West Jackson Blvd.<br>Suite 1642<br>Chicago, IL 60604 | => Phone: (312) 913-9400  Fax: (312) 913-9401<br>Majerczyk, Dawn* |
| Craft, Perry A.<br>Craft & Sheppard, PLC<br>The Shiloh Building<br>214 Centerview Drive<br>Suite 223<br>Brentwood, TN 37027 | => Phone: (615) 309-1707  Fax: (615) 309-1717<br>Holt, Lizajean*; Lefebvre, Donna*; Leonard, Kim*; Leroy, Debra* |
| Davidson, Stuart A.<br>Lerach Coughlin Stoia Geller Rudman & Robbins, LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432-4809 | => Phone: (561) 750-3000  Fax: (561) 750-3364<br>Troiano, Christina* |
| Eukanuba,<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | =><br>Eukanuba |
| Hatfield, Jason Matthew<br>Lundy & Davis, LLP<br>300 North College Avenue<br>Suite 309<br>Fayetteville, AR 72701 | => Phone: (479) 527-3921  Fax: (479) 587-9196  Email: jhatfield@lundydavis.com<br>Sims, Charles Ray*; Sims, Pamela* |
| Hutchinson, Jeremy Y.<br>Patton, Roberts, McWilliams & Capshaw, LLP<br>Stephens Building<br>111 Center Street<br>Suite 1315<br>Little Rock, AR 72201 | => Phone: (501) 372-3480  Fax: (501) 372-3488<br>Widen, Barbara*; Widen, Richard Scott* |
| Ireland, D. Jeffrey<br>Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402 | => Phone: (937) 227-3710  Fax: (937) 227-3749  Email: djireland@ficlaw.com<br>Iams Co.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Karp, Adam P.<br>Animal Law Offices<br>114 West Magnolia Street<br>Suite 425<br>Bellingham, WA 98225 | => Phone: (360) 392-3936<br>James, Don; Suggett, Michele |
| Menu Foods,<br>8 Falconer Drive<br>Streetsville, ON Canada L5N 1B1 | =><br>Menu Foods; Menu Foods Gen Par Ltd.; Menu Foods Income Fund; Menu Foods Ltd.; Menu Foods Ltd.<br>Partnership; Menu Foods Operating Partnership |
| Menu Foods Holdings, Inc.,<br>C/O Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | =><br>Menu Foods Holdings, Inc.; Menu Foods Midwest Corp.; Menu Foods South Dakota Inc. |
| Menu Foods Inc.,<br>C/O Corporation Trust Co.<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 | =><br>Menu Foods, Inc. |
| Myers, Michael David<br>Myers & Co., P.L.L.C.<br>1809 Seventh Avenue<br>Suite 700<br>Seattle, WA 98101 | => Phone: (206) 398-1188  Fax: (206) 400-1112<br>Whaley, Tom |
| Newman, Bruce E.<br>Law Offices of Bruce E. Newman, LLC<br>99 North Street, Route 6<br>P.O. Box 575<br>Bristol, CT 66011 | => Phone: (860) 583-5200<br>Osborne, Lauri A. |
| Savett, Sherrie R.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | => Phone: (215) 875-3071  Fax: (215) 875-5715<br>Cohen, Mark*; Cohen, Mona*; Workman, Jared* |
| Wal-Mart Stores, Inc.,<br>C/O Registered Agent<br>Corporation Trust Co.<br>1209 Orange Street<br>Wilmington, DE 19801-1120 | =><br>Wal-Mart Stores, Inc. |
| Wexler, Kenneth A.<br>Wexler Toriseva Wallace, LLP<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | => Phone: (312) 346-2222  Fax: (312) 346-0022<br>Sexton, Shirley* |

## SERVICE LIST

### DEFENDANTS

Menu Foods
8 Falconer Drive
Streestsville, ON
Canada L5N 1B1

Menu Foods Income Fund
8 Falconer Drive
Streetsville, ON
Canada L5N 1B1

Menu Foods, Inc.
C/o The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

The Iams Company
One Proctor & Gamble Plaza C-2
Cincinnati, Ohio 45202

Menu Foods Midwest Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Menu Foods South Dakota, Inc.
C/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Menu Foods Holdings, Inc.
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Menu Foods Gen Par Limited
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Menu Foods Limited Partnership
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Menu Foods Operating Partnership
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Wal-Mart Stores, Inc.
c/o The Corporation Company
425 W. Capitol Ave., Ste. 1700
Little Rock, AR 72201

## OTHER PLAINTIFFS COUNSEL IN THESE ACTIONS

### Counsel for Plaintiffs in the *Sims* Action:

Jason M. Hatfield
LUNDY & DAVIS LLP
330 North College Ave., Suite 309
Fayetteville, AR 72701
Tel: (479) 527-3921
Fax: (479) 587-9196
Email: jhatfield@lundydavis.com

**Counsel for Plaintiffs in the *Scott, et al.* Action:**

Jeremy Young Hutchinson
PATTON, ROBERTS, McWILLIAMS & CAPSHAW
111 Center Street, Suite 1315
Little Rock, AR 72201
Tel: (501) 372-3480
Fax: (501) 372-3488
Email: jhutchinson@pattonroberts.com

Richard Adams
PATTON, Roberts, McWILLIAMS & CAPSHAW
Century Bank Plaza, Suite 400
P.O. Box 6128
Texarkana, TX 75505-6128

**Counsel for Plaintiffs in the *Workman, et al.* and *Schneider* Action:**

Donna Siegal Moffa
TRUJILLO, RODRIGUEZ & RICHARDS LLP
8 Kings Highway West
Haddonfield, NJ 08033
Tel: (856) 795-9002
Email: donna@trrlaw.com

**Counsel for Plaintiff in the *Troiano* Action:**

Paul J. Geller
LERACH COUGLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 E. Plametto Park Road, Suite 500
Boca Raton, FL 33432-4809
Tel: (561) 750-3000
Fax: (561) 750-3364
Email: pgeller@lerachlaw.com

Lawrence Kopelman
KOPELMAN & BLANKMAN
350 E. Las Olas Blvd., Suite 980
Ft. Lauderdale, FL 33301
Tel: (954) 462-6899

**Counsel for Plaintiffs in the *Holt* Action:**

A. James Andrews
Nicole Bass
905 Locust Street
Knoxville, TN 37902
Tel: (865) 660-3993
Fax: (865) 523-4623
Email: andrewsesq@jcx.net

Perry A. Craft
CRAFT & SHEPPARD
214 Centerview Dr., Suite 233
Brentwood, TN 37027
Tel: (615) 309-1707
Fex: (615) 309-1717
Email: perrycraft@craftsheppardlaw.com

**Counsel for Plaintiff in the *Whatley, Heller, et al. And Kornelius, et al.* Actions:**

Michael David Myers
MYERS & COMPANY
1809 7th Avenue, Suite 700
Seattle, WA 98101
Tel: (206) 398-1188
Fax: (206) 398-1189
Email: mmyers@myers-company.com

**Counsel for Plaintiff in the *Majerczyk* Action:**

Jay Edelson
BLIM & EDELSON, LLC
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
Tel: (312) 913-9400
Email: jay@blimlaw.com

**Counsel for Plaintiffs in the *Suggett, et al.* Action:**

Adam R. Karp, Esq.
ANIMAL LAW OFFICES
114 W. Magnolia St., Suite 425
Bellingham, WA 98225
Tel: (360) 392-3936
Email: adam@animal-lawyer.com

**Counsel for Plaintiff in the *Osborn* Action:**

Bruce E. Newman
NEWMAN, CREED & ASSOCIATES
99 North Street, Route 6
P.O. Box 575
Bristol, CT 06011-0575
Tel: (860) 583-5200
Fax: (860) 582-0012

**Counsel for Plaintiff in the *Johnson, et al.* Action:**

Phillip H. Gordon
GORDON LAW OFFICES
623 West Hays Street
Boise, ID 83702
Tel: (208) 345-7100
Email: pgordon@gordonlawoffices.com

**Counsel for Plaintiff in the *Sexton* Action:**

Mark J. Tamblyn
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, CA 95815

Stuart C. Talley
KERSHAW, CUTTER & RATINOFF, LLP
980 9th Street, 19th Floor
Sacramento, CA 95814

**Counsel for Plaintiffs in the *Widen, et al.* Action:**

Jeremy Young Hutchinson
PATTON, ROBERTS, McWILLIAMS & CAPSHAW
111 Center Street, Suite 1315
Little Rock, AR 72201
Tel: (501) 372-3480
Fax: (501) 372-3488
Email: jhutchinson@pattonroberts.com

**Counsel for Plaintiff in the *Ingles* Action:**

Paul J. Geller
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
Email: pgeller@lerachlaw.com

**Counsel for Plaintiffs in the *Waldhauer, et al.* Action:**

Debra Lynn Waldhauer
Satoru Waldhauer
159 N. Audrey Circle NW
Fort Walton Beach, FL 32548
Tel: (850) 243-8974

**Counsel for Plaintiff in the *Brazilian* Action:**

Michael R. Bosse
BERNSTEIN, SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200
Email: mbosse@bernsteinshur.com

**Counsel for Plaintiffs in the *Bonier, et al.* Action:**

Michael A. Ferrara, Jr.
THE FERRARA LAW FIRM
601 Longwood Avenue
Cherry Hill, NJ 08002
Tel: (856) 779-9500
Email: meferrara@ferraralawfirm.com

**Counsel for Plaintiff in the *Richard, et al.* Action:**

Allyn Zissel Lite
LITE, DEPALMA, DREENBERG & RIVAS, LLC
Two Gateway Center
12th Floor
Newark, NJ 07102-5003
Tel: (973) 623-3000
Email: alite@ldgrlaw.com

**Counsel for Plaintiffs in the *Thomson, et al.* Action:**

Gregg D. Trautman
TRAUTMAN & ASSOCIATES, LLC
262 East Main Street
Rockaway, NJ 07866
Tel: (973) 316-8100
Email: gdt@trautmann.com

**Counsel for Plaintiff in the *Tinker* Action:**

Alan E. Sash
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Tel: (212) 448-1100
Fax: (212) 448-0066

**Counsel for Plaintiff in the *Wilson* Action:**

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center
12th Floor
Newark, NJ 07102-5003
Tel: (973) 623-3000
Email: jdepalma@ldgrlaw.com

**Counsel for Plaintiff in the *Brown* Action:**

Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
Tel: (401) 831-7730
Fax: (401) 861-6064
Email: pnwlaw@aol.com

**Counsel for the Plaintiff in the *Light* Action:**

Robert R. Kurtz
STANLEY & KURTZ, PLLC
422 S. Gay Street
Third Floor
Knoxville, TN 37902
Tel: (865) 522-9942
Fax: (865) 522-9945
Email: rkurtz@lock-net.com

**Counsel for Plaintiff in the *Heller* Action:**

Steven W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 5th Avenue
Suite 2900
Seattle, WA 98101
Tel: (206) 623-7292
Email: steve@hbsslaw.com

**Counsel for Plaintiff in the *Carter* Action:**

William J. Pinilis
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962
Tel: (973) 401-1111
Email: wpinilis@kaplanfox.com

**Counsel for Plaintiff in the *Goldberg* Action:**

Joseph J. Depalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center
12th Floor
Newark, NJ 07102-5003
Tel: (973) 623-3000
Email: jdepalma@ldgrlaw.com

**Counsel for Plaintiff in the *Gagliardi* Action:**

Joseph J. Depalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center
12th Floor
Newark, NJ 07102-5003
Tel: (973) 623-3000
Email: jdepalma@ldgrlaw.com

**Counsel for Plaintiff in the *Turturro* Action:**

Joseph J. Depalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center
12th Floor
Newark, NJ 07102-5003
Tel: (973) 623-3000
Email: jdepalma@ldgrlaw.com

Jeremy Gilman
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
2300 BP America Bldg.
200 Public Square
Cleveland, OH 44114-2378
Tel: (216) 363-4565
Fax: (216) 363-4588
Email: jgilman@bfca.com

Dennis E. Murray, Sr.
MURRAY & MURRAY
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019
Tel: (419) 624-300
Fax: (419) 624-0707
Email: dms@murrayandmurray.com

John T. Murray
MURRAY & MURRAY
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019
Tel: (419) 624-3135
Fax: (419) 624-0707
Email: jotm@murrayandmurray.com

Leslie O. Murray
MURRAY & MURRAY
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019
Tel: (419) 624-3135
Fax: (419) 624-0707
Email: leslie@murrayandmurray.com

**Counsel for Plaintiff in the *Klimes et al.* Action:**

Phillip Howard Gordon
GORDON LAW OFFICES
623 W. Hays
Boise, ID 83702-5512
Tel: (208) 345-7100
Fax: (208) 345-0050
pgordon@gordonlawoffices.com

Mick Hodges
PETERSON HODGES & HARPER
P.O. Box 3088
Twin Falls, ID 83303-5298
Tel: (208) 733-5500
mick76hodges@aol.com

**Counsel for Plaintiff in the *Berndl et al.* Action:**

Michael A. Ferrara, Jr.
THE FERRARA LAW FIRM
601 Longwood Avenue
Cherry Hill, NJ 08002
Tel: (856) 779-9500
Email: mferrara@ferraralawfirm.com

**Counsel for Plaintiff in the *Pittsonberger* Action:**

Gary S. Graifman
KANTROWITZ, GOLDHAMER & GRAIFMAN, ESQ.
210 Summit Avenue
Montvale, NJ 07645
Tel: (201) 391-7000
ggraifman@kgglaw.com

**Counsel for the Plaintiff in the *Carter* Action:**

William J. Pinilis
KAPLAN FOX 7 KILSHEIMER LLP
237 South Street
Morristown, NJ 07962
Tel: (973) 401-1111
Email: wpinilis@kaplanfox.com

**Counsel for Plaintiff in the *Schnieder* Action:**

Donna Siegel Moffa
TRUJILLO, RODRIGUEZ & RICHARDS, LLP
8 Kings Highway West
Haddonfield, NJ 08033
Tel: (856) 795-9002
Email: donna@trrlaw.com

**Counsel for Plaintiff in the *Streczyn* Action:**

Brian O. O'Mara
O'MARA LAW FIRM, P.C.
311 East Liberty Street
Reno, NV 89501
Tel: (775) 323-1321
Fax: (775) 323-4082
Email: brian@omaralaw.net

**Counsel for Plaintiff in the *Ingles* Action:**

James L. Davidson
LERACH COUGHLIN STOIA GELLAR RUDMAN & ROBBINS LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
Email: jdavidson@lerachlaw.com

Stuart A. Davidson
LERACH COUGHLIN STOIA GELLAR RUDMAN & ROBBINS LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
Email: sdavidson@lerachlaw.com

Paul J. Gellar
LERACH COUGHLIN STOIA GELLAR RUDMAN & ROBBINS LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
Email: pgeller@lerachlaw.com

Shawn A. Williams
LERACH COUGHLIN STOIA GELLAR RUDMAN & ROBBINS LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
Email: shawnw@lerachlaw.com

**Counsel for Plaintiff in the *Brazilian* Action:**

Michael R. Bosse
BERNSTEIN, SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200
Email: mbosse@bernsteinshur.com

Leonard M. Gulino
BERNSTIEN, SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200
Email: lgulino@bssn.com

Daniel J. Mitchell
BERNSTIEN, SHUR
100 Middle Street
P.O. Box 9729
*Portland, ME 04104-5029*
Tel: (207) 774-1200
Email: dmitchell@bernsteinshur.com

Theodore A. Small
BERNSTIEN, SHUR
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200
Email: tsmall@bernsteinshur.com

**Counsel for Plaintiff in the *Golding* Action:**

Joseph J. Depalma
LITE, DEPALMA, GREENBERG & RIVAS, INC.
Two Gateway Center
12th Floor
Newark, NJ 07102-5003
Tel: (973) 623-3000
Email: jdepalma@ldgrlaw.com

**Counsel for Plaintiff in the *Gagliardi* Action:**

Joseph J. Depalma
LITE, DEPALMA, GREENBERG & RIVAS, INC.
Two Gateway Center
12th Floor
Newark, NJ 07102-5003
Tel: (973) 623-3000
Email: jdepalma@ldgrlaw.com

**Counsel for Plaintiff in the *Bonier et al.* Action:**

Michael A. Ferrara, Jr.
THE FERRARA LAW FIRM
601 Longwood Avenue
Cherry Hill, NJ 08002
Tel: (856) 779-9500
Email: mferrara@ferraralawfirm.com

**Counsel for Plaintiff in *Hidalgo et al.* Action:**

Joseph J. Depalma
LITE, DEPALMA, GREENBERG & RIVAS, INC.
Two Gateway Center
12th Floor
Newark, NJ 07102-5003
Tel: (973) 623-3000
Email: jdepalma@ldgrlaw.com

**Counsel for Plaintiff in the *Nunez et al.* Action:**

Joseph J. Depalma
LITE, DEPALMA, GREENBERG & RIVAS, INC.
Two Gateway Center
12th Floor
Newark, NJ 07102-5003
Tel: (973) 623-3000
Email: jdepalma@ldgrlaw.com

## COURTS

Clerk of Court
U.S. District Court, Western District of Arkansas
35 E. Mountain Street, Suite 510
Fayetteville, AR 72701-5354

Clerk of Court
Central District of California
312 N. Spring Street, Room G-8
Los Angeles, CA 90012
Clerk of Court

Clerk of Court
Northern District of California
Oakland Office
1301 Clay Street
Suite 400S
Oakland, CA 94612-5212

Clerk of Court
Northern District of California
San Francisco Office
450 Golden Gate Avenue
16th Floor
SF, CA 94102

Clerk of Court
District of Connecticut
450 Main
Hartford, CT 06103

Clerk of Court
Northern District of Florida
United States Courthouse
111 North Adams Street
Tallahasse, FL 32301-7730

Clerk of Court
Southern District of Florida
299 E. Broward Blvd., Suite 108
Ft. Lauderdale, FL 33301

Clerk of Court
District of Idaho
Boise Office:
US Courts- District of Idaho
550 W. Fort St., Rm 400
Boise, ID 83724

Clerk of Court
Northern District of Illinois
209 S. Dearborn Street
Chicago, IL 60604

Clerk of Court
District of Maine
PORTLAND COURTHOUSE
156 Federal Street
Portland, Maine 04101

Clerk of Court
District of Nevada
333 South Las Vegas Blvd.
Las Vegas, NV 89101

Clerk of Court
U.S. District Court, District of New Jersey
4th & Cooper Streets, Suite 1050
Camden, NJ 08101

Clerk of Court
Northern District of Ohio
526 United States Court House
Two South Main Street
Akron, OH 44308-1813

Clerk of Court
Southern District of Ohio
Potter Stewart U.S. Courthouse
Room 103
Cincinnati, OH 45202

Clerk of Court
Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse
Room 260
85 Marconi Boulevard
Columbus, OH 43215

Clerk of Court
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Clerk of Court
Patricia L. McNutt
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, TN 37902

Clerk of Court
U.S. District Court, Western District of Washington
700 Stewart Street
Seattle, WA 98101