THE HONORABLE JOHN C. COUGHENOUR
Hearing Date:  5/4/07
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SUZANNE P. JOHNSON and CRAIG R. KLEMANN, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>          v.<br><br>MENU FOODS, a foreign corporation,<br><br>                     Defendant. | No.   CV 07-0455 JCC<br><br>CERTIFICATE OF SERVICE |

I, Kristen D. Johnson, say:

I hereby certify that on May 4, 2007, I electronically filed the Stipulation and

(proposed) Order Staying All Proceedings and for Preservation of Evidence, and this

Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via

electronic service, these documents to the following:

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
steve@hbsslaw.com

CERTIFICATE OF SERVICE – CV07-0455 JCC - 1

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

DATED this 4th of May, 2007, at Seattle, Washington.


                                          /s/ Kristen D. Johnson

                                          Kristen D. Johnson

                                          Legal Assistant to Jeffrey T. Kestle