| | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101 |
|---|---|---|
| William T. Walsh<br>Clerk | | |
| | | TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

June 25, 2007　　　　　　　　　　　　REPLY TO: CAMDEN

Washington Western District Court
United States Courthouse
Bruce Rifkin, Clerk
Lobby Level
700 Stewart Street
Seattle, WA 98101-1271



JUL 0 2 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY　　　　　　　DEPUTY

Re: MDL1850 In re Pet Food Products Liability Litigation
　　　Tom Whaley vs. Menu Foods, Inc., et al 2:07-411
　　　Staccey Heller, et al vs. Menu Foods 2:07-453
　　　Audrey Kornelius, et al vs. Menu Foods 2:07-454
　　　Suzanne E. Johnson, et al vs. Menu Foods 2:07-455
　　　Michelle Suggett, et al vs. Menu Foods 2:07-457

　　　District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

　　　Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

　　　If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

　　　Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

07-CV-00411-LTR

Sincerely,

WILLIAM T. WALSH, Clerk
Marcy Barratt
/s/ Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
　　　Clerk, Judicial Panel on Multidistrict Litigation

|  |  |  |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419** | CAMDEN OFFICE<br>4th & Cooper Streets<br>P.O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

June 25, 2007                                             REPLY TO: CAMDEN

Washington Western District Court
United States Courthouse
Bruce Rifkin, Clerk
Lobby Level
700 Stewart Street
Seattle, WA 98101-1271



JUL 0 2 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Re: MDL1850 In re Pet Food Products Liability Litigation
       Tom Whaley vs. Menu Foods, Inc., et al 2:07-411
       Stacey Heller, et al vs. Menu Foods 2:07-453
       Audrey Kornelius, et al vs. Menu Foods 2:07-454
       Suzanne E. Johnson, et al vs. Menu Foods 2:07-455
       Michelle Suggett, et al vs. Menu Foods 2:07-457

    District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

    Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                                       Sincerely,

                                                       WILLIAM T. WALSH, Clerk
                                                       Marcy Barratt
                                                       /s/ Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

```
MIME-Version:1.0
From:njdefiling@njd.uscourts.gov
To:ecfhelp@localhost.localdomain
Bcc:kaw@wtwlaw.us, njdnef_donio@njd.uscourts.gov,
njdnef_hillman@njd.uscourts.gov
Message-Id:<2052798@njd.uscourts.gov>
Subject:Activity in Case 1:07-cv-02867-NLH-AMD IN RE: PET FOOD
PRODUCTS LIABILITY LITIGATION MDL Conditional Transfer Order
(in)
Content-Type: text/html
```

JUL 0 2 2007

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 6/22/2007 at 11:16 AM EDT and filed on 6/22/2007

**Case Name:**     IN RE: PET FOOD PRODUCTS LIABILITY LITIGATION
**Case Number:**   1:07-cv-2867
**Filer:**
**Document Number:** 1

**Docket Text:**
Certified Copy of Order from Judicial Panel of MDL transferring certain actions to this Court. (Attachments: # (1) Letter to Clerk# (2) Letter to Judge Hillman# (3) Panel Service List# (4) MDL Order Adopting Rules of Procedure)(sb)

**1:07-cv-2867 Notice has been electronically mailed to:**

KENNETH A. WEXLER    kaw@wtwlaw.us

**1:07-cv-2867 Notice has been delivered by other means to:**

STEVE W. BERMAN

HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 FIFTH AVENUE
SUITE 2900
SEATTLE, WA 98101

JOHN BLIM
COUNSEL NOT ADMITTED TO THE USDC-NJ BAR
BLIM & EDELSON, LLC
53 WEST JACKSON BLVD
SUITE 1642
CHICAGO, IL 60604

PERRY A. CRAFT
COUNSEL NOT ADMITTED TO THE USDC-NJ BAR
CRAFT & SHEPPARD, PLC
THE SHILOH BUILDING
214 CENTERVIEW DRIVE
SUITE 223
BRENTWOOD, TN 37027

STUART A. DAVIDSON
COUNSEL NOT ADMITTED TO THE USCD-NJ BAR
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 EAST PALMETTO PARK ROAD
SUITE 500
BOCA RATON, FL 33432-4809

JASON MATTHEW HATFIELD
COUNSEL NOT ADMITTED TO THE USDC-NJ BAR
LUNDY & DAVIS, LLP
300 NORTH COLLEGE AVENUE
SUITE 309
FAYETTEVILLE, AR 72701

JEREMY Y. HUTCHINSON
COUNSEL NOT ADMITTED TO THE USDC-NJ BAR
PATTON, ROBERTS, MCWILLIAMS & CAPSHAW, LLP
STEPHENS BUILDING
111 CENTER STREET
SUITE 1315

LITTLE ROCK, AR 72201

ADAM P. KARP
COUNSEL NOT ADMITTED TO THE USDC-NJ BAR
ANIMAL LAW OFFICES
114 WEST MAGNOLIA STREET
SUITE 425
BELLINGHAM, WA 98225

JEFFERY N. LUTHI
CLERK OF THE JUDICIAL PANEL
ONE COLUMBUS CIRCLE, NE
THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING
RM G255, NORTH LOBBY
WASHINGTON, DC 20002

MICHAEL DAVID MYERS
COUNSEL NOT ADMITTED TO THE USDC-NJ BAR
MYERS & CO., P.L.L.C.
1809 SEVENTH AVENUE
SUITE 700
SEATTLE, WA 98101

BRUCE E. NEWMAN
99 NORTH ST., RTE 6
P.O. BOX 575
BRISTOL, CT 66011-0575

DANIEL L. ROTTINGHAUS
COUNSEL NOT ADMITTED TO THE USDC-NJ BAR
BERDING & WELL
3240 STONE VALLEY ROAD WEST
ALAMO, CA 94507

EDWARD B. RUFF, III
PRETZEL & STOUFFER, CHTD.
ONE SOUTH WICKER DRIVE
SUITE 2500
CHICAGO, IL 60606-4673

SHERRIE R. SAVETT
COUNSEL NOT ADMITTED TO USDC-N J BAR
BERGER & MONTAGUE, PC
1622 LOCUST STREET
PHILADELPHIA, PA 19103

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/22/2007] [FileNumber=2052796-0
] [5da2c2c3a655f3ca70577dc5913aed93153b76815a5b08df17ea9639338c700100a
01cfc9cd2e9f1fadc585f352ac386f457b4b30a722ef707ed0251eef77306]]

**Document description:** Letter to Clerk
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/22/2007] [FileNumber=2052796-1
] [59889ff2dd0e0347facc5814ff4d95dcd0bbd4fe59785ff1e0a5ab5e935e956a855
25ee30447048ef06510e61415508128709479f8b22e625ea13691cf5a1e29]]

**Document description:** Letter to Judge Hillman
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/22/2007] [FileNumber=2052796-2
] [6d3c2b4a5b2545e5440cfcd9899b472adec166940706860af559076dcfafcbe3fae
d2551c69f5bd47da6788fcc99927662ae2a5fa81dbdbec04564dbb4bfa265]]

**Document description:** Panel Service List
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/22/2007] [FileNumber=2052796-3
] [500a1d075855fecf1395c1684e35bdc54184b8aaf19d474f744c3b1691a0e8cd8d9
ccd7c395b8bb4639c944810858ec2aa163c224a65e963a9f03a822caf39ec]]

**Document description:** MDL Order Adopting Rules of Procedure
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=6/22/2007] [FileNumber=2052796-4
] [8d369f81638021dd72bb653349907b24a518c0b15ecaa29083c9d78ad2b708cf30d
83024359f82293b588c52b44923b16943722096370f741e742ca022d99824]]

A CERTIFIED TRUE COPY

JUN 19 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____ Deputy Clerk

RELEASED FOR PUBLICATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 19 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 1850*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PET FOOD PRODUCTS LIABILITY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,\* KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

*TRANSFER ORDER*

This litigation presently consists of thirteen actions listed on the attached Schedule A and pending in eight districts as follows: five actions in the Western District of Washington; two actions in the Western District of Arkansas; and one action each in the Central District of California, the District of Connecticut, the Southern District of Florida, the Northern District of Illinois, the District of New Jersey, and the Eastern District of Tennessee. Before the Panel are three motions, pursuant to 28 U.S.C. § 1407, that taken together seek centralization for coordinated or consolidated pretrial proceedings of all of these actions.[1] All responding parties agree that centralization is appropriate, but differ regarding the most appropriate transferee district for this litigation. In favor of the District of New Jersey as transferee district are moving Central District of California and Southern District of Florida plaintiffs and plaintiffs in the District of Connecticut, the District of New Jersey, and three of the Western District of Washington actions before the Panel, as well as plaintiffs in fourteen potentially related actions. Plaintiffs in two of the five Western District of Washington actions move for centralization in the Western District of Washington; plaintiffs in the Eastern District of Tennessee action support centralization there; and plaintiffs in the other three Western District of Washington actions alternatively support centralization there. In favor of the Western District of Arkansas as transferee district are plaintiffs in the two Western District of Arkansas actions and the Northern District of Illinois action, and plaintiffs in six potentially related actions. Plaintiffs in two potentially related District of New Jersey actions alternatively support centralization in the Western District of Arkansas. Supporting the Northern District of Illinois as transferee district are all responding defendants, including Menu Foods, Inc., and its related entities, and plaintiffs in one potentially related action. In favor of the Central District of California as transferee district are plaintiffs in nine potentially related actions. Finally, plaintiff in a potentially related Northern District of Ohio action suggests centralization in the Northern District of Ohio.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this

---

\* Judge Miller did not participate in the decision of this matter.

[1] The Panel has been notified of 97 potentially related actions pending in multiple federal districts. In light of the Panel's disposition of this docket, these actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

litigation involve common questions of fact, and that centralization under Section 1407 in the District of New Jersey will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions stem from the recall of pet food products allegedly tainted by melamine found in wheat gluten imported from China and used in these products. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery; avoid inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

Although several districts could be described as an appropriate transferee forum for this nationwide litigation, we are persuaded to select the District of New Jersey. Pretrial proceedings are advancing well there and about one-third of all pending actions are already in this district.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on the attached Schedule A and pending outside the District of New Jersey are transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Noel L. Hillman for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

FOR THE PANEL:

/s/ Wm. Terrell Hodges

Wm. Terrell Hodges
Chairman

## SCHEDULE A

MDL-1850 -- In re Pet Food Products Liability Litigation

### Western District of Arkansas

*Charles Ray Sims, et al. v. Menu Foods Income Fund, et al.*, C.A. No. 5:07-5053
*Richard Scott Widen, et al. v. Menu Foods, Inc., et al.*, C.A. No. 5:07-5055

### Central District of California

*Shirley Sexton v. Menu Foods Income Fund, et al.*, C.A. No. 2:07-1958

### District of Connecticut

*Lauri A. Osborne v. Menu Foods, Inc.*, C.A. No. 3:07-469

### Southern District of Florida

*Christina Troiano v. Menu Foods, Inc., et al.*, C.A. No. 0:07-60428

### Northern District of Illinois

*Dawn Majerczyk v. Menu Foods, Inc.*, C.A. No. 1:07-1543

### District of New Jersey

*Jared Workman, et al. v. Menu Foods Ltd., et al.*, C.A. No. 1:07-1338

### Eastern District of Tennessee

*Lizajean Holt, et al. v. Menu Foods, Inc.*, C.A. No. 3:07-94

### Western District of Washington

*Tom Whaley v. Menu Foods, Inc., et al.*, C.A. No. 2:07-411
*Stacey Heller, et al. v. Menu Foods*, C.A. No. 2:07-453
*Audrey Kornelius, et al. v. Menu Foods*, C.A. No. 2:07-454
*Suzanne E. Johnson, et al. v. Menu Foods*, C.A. No. 2:07-455
*Michele Suggett, et al. v. Menu Foods, et al.*, C.A. No. 2:07-457